RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

William Scott Jenkins, Jr. – 021841
sjenkins@rcalaw.com
Alexandra E. Hicks – 026269
ahicks@rcalaw.com

Attorneys for Wells Fargo Bank, National Association

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AZTK, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-09367-SSC<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>(Subject Property: 3303 East Baseline Road, Suites 103 and 104, Gilbert, Arizona 85234) |

**NOTICE IS HEREBY GIVEN** that Wells Fargo Bank, National Association (the "Bank") has filed its Motion for Relief from the Automatic Stay ("Motion"), seeking an order of this Court modifying and terminating the automatic stay to enable the Bank to exercise any and all rights that it may have against the Debtors' interest in the property located at 3303 East Baseline Road, Suites 103 and 104, Gilbert, Arizona 85234 (the "Property") more fully described in the Bank's Motion.

The Bank seeks relief from the automatic stay under 11 U.S.C. § 362(d)(1) for cause, including the lack of adequate protection of the Bank's interest. The Bank also seeks relief under 11 U.S.C. § 362(d)(3) because the Debtor does not have a reasonable possibility of confirming a Chapter 11 plan within a reasonable amount of time.

More detail is contained in the Motion filed with the Court and may be reviewed electronically or at the Clerk's office during normal court hours. Any person opposing the Motion should file a written objection with the Clerk of the U.S. Bankruptcy Court at 230 North

First Avenue, Suite 101, Phoenix, Arizona 85003-1706 so that it is received on or before **July 30, 2010**. Any objection must contain the following information from this Notice: case name and number, name of the movant, name of the attorney for the movant, and set forth in detail the legal and factual support for the objection. A copy of the objection shall be served upon the Bank's attorney, W. Scott Jenkins, Jr., Ryley Carlock & Applewhite, One North Central Avenue, Suite 1200, Phoenix, Arizona 85004-4417.

**NOTICE IS HEREBY FURTHER GIVEN** that if no timely objection or response to the Motion is filed, the Motion may be considered and granted without further notice or hearing.

DATED this 13th day of July, 2010.

**RYLEY CARLOCK & APPLEWHITE**

By /s/ Alexandra E. Hicks
William Scott Jenkins, Jr.
Alexandra E. Hicks
Attorneys for Wells Fargo Bank,
National Association

ORIGINAL electronically filed this 13th day of July, 2010, with:

U.S. Bankruptcy Court
District of Arizona
230 North First Avenue, Suite 101
Phoenix, Arizona 85003-1706

COPIES mailed this 13th day of July, 2010, to:

Office of the U.S. Trustee
U.S. Bankruptcy Court
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Donald W. Powell
Carmichael & Powell, P.C.
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtor

AZTK, LLC
3303 East Baseline Road, #104
Gilbert, Arizona 85234

| | |
|---|---|
| 1 | The Debtor's twenty largest creditors of unsecured claims listed on the attached Exhibit 1. |
| 2 | |
| 3 | By: /s/ Joyce Gesick |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Exhibit 1

```
Label Matrix for local noticing          AZ DEPARTMENT OF REVENUE              AZTK, LLC
0970-2                                   BANKRUPTCY & LITIGATION               3303 E. Baseline Rd.
Case 2:10-bk-09367-SSC                   1600 W. MONROE, 7TH FL.               #104
District of Arizona                      PHOENIX, AZ 85007-2612                Gilbert, AZ 85234-2739
Phoenix
Tue Jul 13 11:44:30 MST 2010

TIFFANY & BOSCO, P.A.                    Wells Fargo Bank, N.A.                U.S. Bankruptcy Court, Arizona
c/o Robert A. Royal                      c/o Alexandra E. Hicks                230 North First Avenue, Suite 101
2525 East Camelback Road                 Ryley Carlock & Applewhite            Phoenix, AZ 85003-0608
#300                                     1 N. Central Avenue
Phoenix, AZ 85016-9240                   Suite 1200
                                         Phoenix, AZ 85004-0989

Dana Point Owners Association            Maricopa County Treasurer             Robert A. Royal
2500 S. Power Road, #121                 301 West Jefferson                    Tiffany & Bosco, P.A.
Mesa, AZ 85209-6688                      Phoenix, AZ 85003-0620                2525 E. Camelback Rd., #300
                                                                               Phoenix, AZ 85016-9240


Tiffany & Bosco, P.A.                    Tiffany & Bosco, PA                   U.S. TRUSTEE
Attn: Robert A. Royal                    2525 E. Camelback Road                OFFICE OF THE U.S. TRUSTEE
2525 E. Camelback Rd., #300              Phoenix, AZ 85016-9240                230 NORTH FIRST AVENUE
Phoenix, AZ 85016-9240                                                         SUITE 204
                                                                               PHOENIX, AZ 85003-1725


Wells Fargo Bank                         Wells Fargo Bank, NA                  DONALD W. POWELL
c/o William Scott Jenkins, Jr.           c/o Ryley Carlock & Applewhite        CARMICHAEL & POWELL, P.C.
Ryley Carlock & Applewhite               Attn: Alexandra E. Hicks              7301 N. 16TH ST., #103
One North Central Avenue, #1200          One North Central Avenue, Suite 1200  PHOENIX, AZ 85020-5297
Phoenix, AZ 85004-0989                   Phoenix, Arizona 85004-0989
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)MARICOPA COUNTY                       End of Label Matrix
                                         Mailable recipients    14
                                         Bypassed recipients     1
                                         Total                  15